**William Scott DAVIS, Jr.,**
**Plaintiff-Appellant,**

v.

**W. Earl BRITT; James C. Fox; James C. Dever, III; Louise W. Flanagan; Terrence W. Boyle; Malcolm J. Howard; James C. Gates; Rebecca Beach Smith, Defendants-Appellees.**

No. 17-1119

United States Court of Appeals, Fourth Circuit.

Submitted: May 25, 2017

Decided: May 30, 2017

William Scott Davis, Jr., Appellant Pro Se.

Before MOTZ, THACKER, and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Scott Davis, Jr., appeals the district court's order rejecting his post-judgment filings as frivolous. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Davis v. Britt*, No. 5:16-ct-03211-BA (E.D.N.C. Dec. 12, 2016). We deny all of Davis' pending motions, including his motions to remand and to appoint a guardian ad litem. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*